# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 16-04360MJ-001-PCT-DMF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Deloese Littledove Watahomigie, | |
| Defendant. | |

The Court has considered the Defendant's Motion to Continue Status Hearing (Doc. 15) and denies such. The speedy trial clock is running and a trial date will be set at the status hearing as discussed in open court at the last hearing.

**IT IS HEREBY ORDERED** denying the motion (Doc. 15). As previously ordered, Defendant's presence may be waived.

The Court finds that no excludable delay under 18 U.S.C. § 3161 results from the motion or this Order thereon.

Dated this 27th day of December, 2016.

_____
Honorable Deborah M. Fine
United States Magistrate Judge